**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORDAN K. HAZEL, | |
| Plaintiff, | Civil Action No. 17-4460-BRM-DEA |
| v. | |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, | **MEMORANDUM OPINION** |
| Defendant. | |

**MARTINOTTI, DISTRICT JUDGE**

Before this Court is a complaint (ECF No. 1) by Plaintiff Jordan K. Hazel ("Plaintiff"), a convicted state prisoner confined in the Central Reception and Assignment Facility ("CRAF") in Trenton, New Jersey, raising civil rights claims pursuant to 42 U.S.C. § 1983. For the reasons set forth below, Plaintiff's complaint shall be **ADMNISTRATIVELY TERMINATED** because Plaintiff has not paid the appropriate filing fees and has not filed a complete application to proceed *in forma pauperis* sufficient to enable him to proceed without prepayment of those fees.

The entire fee to be paid in advance of filing a civil complaint is $400. That fee includes a filing fee of $350 and an administrative fee of $50, for a total of $400. However, the Prison Litigation Reform Act of 1995 (the "Act"), which amends 28 U.S.C. § 1915, permits prisoners to bring a civil action *in forma pauperis* if they meet certain financial requirements. 28 U.S.C. § 1915(a). If *in forma pauperis* status is denied, a prisoner must pay the full $400, including the $350 filing fee and $50 administrative fee, before his complaint will be filed. If the prisoner is granted *in forma pauperis* status, he will only be assessed the $350 filing fee and will not be responsible for the $50 administrative fee.

1

In this action, Plaintiff has not paid the applicable filing fees nor has he filed an application to proceed *in forma pauperis*. Because Plaintiff failed to submit a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1) and (2) or pay the filing fees, this matter shall be administratively terminated until Plaintiff either pays the applicable fees or files a complete *in forma pauperis* application.

Date:  July 17, 2017                              /s/ *Brian R. Martinotti*
                                                       HON. BRIAN R. MARTINOTTI
                                                       UNITED STATES DISTRICT JUDGE